# Court of Appeals
# of the State of Georgia

ATLANTA, December 22, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0726. FERNANDO CASTILLO v. THE STATE.

Fernando Castillo, who has been charged with rape and several related offenses, filed a motion for pre-trial bond. The trial court denied the motion and subsequently issued a certificate of immediate review. Castillo then filed this direct appeal. We lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." An order denying pre-trial bond is not a final judgment under OCGA § 5-6-34 (a) (1), as the case remains pending in the trial court. Consequently, Castillo was required to use the interlocutory appeal procedures – which include both obtaining a certificate of immediate review from the trial court and filing an application for interlocutory review in this Court – to seek appellate review of the denial of his motion for pre-trial bond. See OCGA § 5-6-34 (b); *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999); *Howard v. State*, 194 Ga. App. 857, 857 (392 SE2d 562) (1990). His failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Mullinax*, 271 Ga. at 112 (1); *Howard*, 194 Ga. App. at 857.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/22/2020
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*